Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 93 CR 20024 - 6 | **DATE** | 12/3/2002 |
| **CASE TITLE** | U.S.A. vs. MICHAEL GILLESPIE | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)   ☐ General Rule 21   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry]    For the reasons stated on the reverse Memorandum Opinion and Order, Gillespie's petition for reduction of sentence pursuant to § 3582(c)(2) is denied in part and dismissed in part. Defendant's request for 30 days to reply to Government's response is denied.

(11) ■ [For further detail see order on the reverse side of the original minute order.]

| | No notices required, advised in open court. | | | |
|---|---|---|---|---|
| | No notices required. | | number of notices | Document Number |
| X | Notices mailed by judge's staff. | | DEC 03 2002 | |
| | Notified counsel by telephone. | | date docketed | 1946 |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | U.S. DISTRICT COURT | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | 12-3-02 | |
| /SEC | courtroom deputy's initials | 2002 DEC -3 PM 2:38 | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

## MEMORANDUM OPINION AND ORDER

Defendant, Michael Gillespie, is serving a sentence of life imprisonment upon conviction of a violation of 21 U.S.C. § 846 and 40 years of imprisonment for a violation of 21 U.S.C. § 841(a)(1). He has now filed a petition for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G. Amendment 591. The government has filed a response. Amendment 591 does not apply to defendant as the subject matter of this amendment relates to guideline § 2D1.2 – a section not applied in defendant's sentences. Thus, this contention in defendant's petition is denied. Other contentions raised by defendant in his petition are dismissed as they involve issues which may be cognizable in a § 2255 motion, defendant has already filed such a motion which has been denied, and a successive § 2255 may only be filed in the United States Court of Appeals.